Rehearing granted, December 1, 2003

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 03-6655**

───────────

GEORGE SAMUEL GREEN, JR.,

Plaintiff - Appellant,

versus

PHILLIP MORRIS, tobacco manufacturers; BROWN &
WILLIAMSON TOBACCO COMPANY, tobacco
manufacturers; B.J. REYNOLDS TOBACCO COMPANY,
tobacco manufacturers,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-03-157-2)

───────────

Submitted:  June 17, 2003          Decided:  July 14, 2003

───────────

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

George Samuel Green, Jr., Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Samuel Green, Jr., applies under the Prison Litigation Reform Act ("PLRA") to file this appeal without prepayment of fees. Green appeals the district court's order denying him leave to proceed on his 42 U.S.C. § 1983 (2000) complaint without the prepayment of fees. Because Green's appeal was untimely filed, we deny his motion to proceed under the PLRA. Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is mandatory and jurisdictional. Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978).

The district court's order was entered on March 5, 2003. Green filed his notice of appeal, at the earliest, on April 15. Thus, because Green did not file a timely appeal or obtain an extension or reopening of the appeal period, we deny his motion to proceed on appeal without prepayment of fees and dismiss his appeal as untimely. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2